| 070P15 | Wayne Goodwin, as Commissioner of Insurance for the State of North Carolina v. CAGC Insurance Company v. North Carolina Insurance Guaranty Association v. North Carolina Self-Insurance Security Association | 1. North Carolina Insurance Guaranty Association's PDR Under N.C.G.S. § 7A-31 (COA14-445)<br><br>2. North Carolina Self-Insurance Security Association's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br><br>2. Dismissed as moot |
|---|---|---|---|
| 077P15 | In the Matter of M.G. and H.G. | 1. Petitioner's Motion for Temporary Stay (COA14-934)<br><br><br>2. Petitioner's Petition for *Writ of Supersedeas*<br><br>3. Petitioner's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/23/2015** Dissolved **06/10/2015**<br><br>2. Denied<br><br><br>3. Denied |
| 079P15 | State v. Barney Adrian Dunlap | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br><br>2. Allowed<br><br><br>3. Dismissed as moot |
| 080P15 | State v. Van Lamar McKnight | Def's PDR Under N.C.G.S. 7A-31 (COA14-752) | Denied |
| 081PA15 | Stephanie Needham v. Roy Alan Price | Def's Motion for Extension of Time to File Appellant's Brief | Allowed **05/26/2015** |
| 082P15 | In the Matter of A.E.C. | 1. Petitioner's Motion for Temporary Stay (COA14-854)<br><br><br><br>2. Petitioner's Petition for *Writ of Supersedeas*<br><br>3. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>4. Petitioner's Motion to Deem PDR Timely filed<br><br>5. Respondent-Father's Motion to Dismiss PDR | 1. Allowed **02/25/2015** Dissolved **06/10/2015**<br><br>2. Denied<br><br><br>3. Denied<br><br><br>4. Allowed<br><br><br>5. Denied |